**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael GIORANGO, a.k.a. Danny,**
**Defendant–Appellant.**

No. 04–13624
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2005.

Thomas Peters, Law Office of Thomas Peters, Chicago, IL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office—S.D. of Florida, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and COX, Circuit Judges.

---

PER CURIAM:

Michael Giorango appeals his conviction, following a jury trial, for violation of the Travel Act, 18 U.S.C. § 1952. Having considered the briefs, and relevant parts of the record, we conclude that there was sufficient evidence for the jury to have found that Giorango promoted or facilitated Judy Krueger's prostitution enterprise. *See Rewis v. United States,* 418 F.2d 1218, 1220–21 (5th Cir.1969), *rev'd on other grounds,* 401 U.S. 808, 91 S.Ct. 1056, 28 L.Ed.2d 493 (1971), ("The language of the [Travel Act] appears clearly to be aimed at those ... people who aid, help or assist the promotion of, or making easier or possible, the illegal actions ...."); *see also United States v. Corona,* 885 F.2d 766, 773 (11th Cir.1989). Giorango's conviction and sentence is, therefore,

**AFFIRMED.**